IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY CRAWFORD, et al., | Case No.: C-12-04116 JSC |
| Plaintiffs, | **ORDER TO SHOW CAUSE TO STANLEY BURNETT GRANVILLE AND DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et al., | |
| Defendants. | |

On August 6, 2012, Plaintiffs, who are represented by counsel, filed this home mortgage lawsuit against Defendants Greenpoint Mortgage Funding, Inc., JPMorgan Chase Bank, N.A., and Mortgage Electronic Registration System, Inc. (Dkt. No. 1.) An initial Case Management Conference ("CMC") was scheduled for November 29, 2012. The CMC, however, was moved to December 20, 2012 after Plaintiffs requested a continuance, citing the need for additional time "for out of court mediation proceedings between named plaintiffs and defendant." (*See* Dkt. Nos. 9, 10.) On December 19, 2012, Plaintiffs again requested a continuance of the CMC, repeating the assertion that additional time was needed "for out of court mediation proceedings between named plaintiffs and defendant." (Dkt. No. 13.) The Court continued the CMC to January 24, 2013. (Dkt. No. 14.)

1  At the January 24, 2013 CMC, at least one of the Plaintiffs was present, but Plaintiffs' counsel failed
2  to appear.
3       On January 25, 2013, the Court issued an Order to Show Cause ("OSC"), ordering Plaintiffs
4  to show cause as to (1) why Plaintiffs' counsel failed to appear at the January 24, 2013 CMC, and
5  (2) why this action should not be dismissed without prejudice due to Plaintiffs' failure to comply
6  with Federal Rule of Civil Procedure 4(m), which generally requires that a defendant be served
7  within 120 days after the complaint is filed.  (*See* Dkt. No. 16.)  The Court set a hearing on the OSC
8  for February 14, 2013 at 9:00 a.m., and required Plaintiffs' counsel to appear in person.  Plaintiffs
9  were further ordered to file a written response to the OSC by February 7, 2013.  The Court warned
10 that failure to comply with the OSC may result in dismissal of the lawsuit.
11      Plaintiffs did not submit a written response to the OSC and Plaintiffs' counsel failed to
12 appear at the hearing on the OSC or to notify the Court that he would not be appearing.  As a result,
13 the Court DISMISSES the action without prejudice pursuant to Rule 4(m).  In addition, due to
14 Plaintiffs' counsel's failure to comply with the Court's orders and his apparent failure to prosecute
15 his clients' case, the Court HEREBY ORDERS Plaintiffs' counsel to show cause as to why he
16 should not be referred to the Court's Standing Committee on Professional Conduct pursuant to Civil
17 Local Rule 11-6(a)(1).
18      The Court sets a hearing on the Order to Show Cause for February 28, 2013 at 9:00 a.m.
19 Plaintiffs' counsel must appear in person.  Plaintiffs' counsel is further ordered to file a written
20 response to this Order by February 21, 2013.

22      IT IS SO ORDERED.

24 Dated: February 14, 2013

                                              _____
                                              JACQUELINE SCOTT CORLEY
                                              UNITED STATES MAGISTRATE JUDGE

2