United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TY CRAWFORD, et al., | Case No.: C-12-04116 JSC |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE TO STANLEY BURNETT GRANVILLE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et al., | |
| Defendants. | |

For the reasons stated at the hearing on the Order to Show Cause ("OSC"), the Court hereby discharges the OSC.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE